# United States District Court

__CENTRAL__ DISTRICT OF __ILLINOIS__

UNITED STATES OF AMERICA

v.

JOSEPH WILLIAM BOYD

DEC 09 2005

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-_6428_-M

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

## COUNT ONE
### (POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA)

On or about November 18, 2005, at Rock Island, in Rock Island County, in the Central District of Illinois, the defendant,

**JOSEPH WILLIAM BOYD**

did knowingly and intentionally possess with intent to distribute marijuana,

in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT TWO
### (POSSESSION OF A FIREARM DURING DRUG TRAFFICKING)

On or about November 18, 2005, at Rock Island, in Rock Island County, in the Central District of Illinois, the defendant,

**JOSEPH WILLIAM BOYD**

did, knowingly possess a firearm, that is, a .45 caliber handgun, during and in relation to a drug trafficking crime which is a felony prosecutable in a court of the United States, that is, the violation of Title 21, United States Code, Sections 841, set forth in Count One of this Criminal Complaint, which firearm was possessed during the commission of said drug trafficking crime,

in violation of Title 18, United States Code, Section 924(c)(1)(A).

- 2 -

I further state that I am a Special Agent, Drug Enforcement Administration, and that this Complaint is based on the following facts:

See attached Affidavit in Support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:     ☒ Yes  ☐ No

S/ Jay Bump
Signature of Complainant
Jay Bump
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

December 9, 2005                                    Rock Island, Illinois
_____  at  _____
Date                                                City and State


Thomas J. Shields
United States Magistrate Judge
_____         S/Thomas J. Shields
Name & Title of Judicial Officer             Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jay L. Bump, being duly sworn state and depose as follows:

1. I am a Special Agent with the Drug Enforcement Administration (DEA), and have been continuously so employed since February of 2001. I am aware of the information set forth below through discussions with other law enforcement officers.

2. On November 18, 2005, at approximately 3:00 a.m., a City of Rock Island Police Officer stopped a vehicle driven by Joseph William Boyd for a traffic violation in Rock Island, Illinois.

3. Upon identifying Boyd as the driver of the vehicle, the officer ran a driver's license check and discovered that Boyd had a suspended driver's license. The officer arrested Boyd and contacted a tow truck to tow the vehicle. Upon conducting an inventory search of the vehicle, the officer located two bags in the trunk containing approximately 1,854 grams of marijuana. Also located in one of the bags with the marijuana was a loaded silver Taurus .45 caliber handgun.

4. On November 23, 2005, Officer Ben Meiresonne and Officer Eric Clark executed a State of Illinois search warrant on Boyd's vehicle, which had been impounded. Upon conducting a search of the vehicle, Officers Meiresonne and Clark found approximately $4,000 in currency packaged in bundles of $1,000 each, under the dashboard of the vehicle. Also under the dashboard, the officers found approximately 9 grams of marijuana and a loaded Taurus 9 mm semi-automatic pistol with an obliterated serial number.

S/Jay Bump
_____
Jay L. Bump, Special Agent
Drug Enforcement Administration

Sworn to and subscribed in my presence this 9th day of December, 2005.

S/Thomas J. Shields
Thomas J. Shields
United States Magistrate Judge